## JOHN THORPE *v.* ELLEN THORPE.

On the hearing of a petition by a husband, for a divorce from his wife on the ground of desertion, the respondent having been absent from him for about five years, it was shown that there had never been any action on the part of the petitioner to induce the respondent to come back to him, and the whole evidence indicated that he did not desire her to come back, and that she did not stay away wilfully. *Held*, that the petition could not be granted.

PETITION for divorce.

*L. Lapham*, of *Fall River*, *for the petitioner.*

*J. M. Blake*, *for the respondent.*

BRAYTON, C. J. The main ground for a divorce alleged in this petition is for desertion, the respondent having been absent from the complainant for about five years. But it seems that the parties did not live happily together before the separation. There are some things alleged against the petitioner which would give countenance to the respondent's departure. There has never been any act on the part of the petitioner to induce her to come back. The complexion of the whole evidence looks as if he did not desire here to come back, and that therefore she did not stay away wilfully. Under these circumstances we do not think it proper that this petition should be granted.

*Petition dismissed.*